**UNITED STATES Of America,**
**Plaintiff–Appellee,**

v.

**Felipe Alberto VERGARA,**
**Defendant–Appellant.**

**No. 12–10075**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Nov. 2, 2012.

Yvette Rhodes, Robert E. O'Neill, U.S. Attorney's Office, Tampa, FL, Julie Hackenberry Savell, U.S. Attorney's Office, Jacksonville, FL, for Plaintiff–Appellee.

964

Charles Lee Truncale, Charles L. Truncale, PA, Jacksonville, FL, Felipe Alberto Vergara, McRae, GA, for Defendant–Appellant.

Before BARKETT, PRYOR and FAY, Circuit Judges.

PER CURIAM:

Charles L. Truncale, appointed counsel for Felipe Vergara in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Vergara's conviction and sentence are **AFFIRMED.**